Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ  85741
Telephone  (520) 544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| ROBERT W BRAND | ) | CASE NO.:  09-21990-PL-JMM |
| MARGARET A BRAND | ) | |
| | ) | **TRUSTEE'S MOTION TO DISMISS** |
| | ) | **FOR DELINQUENT PLAN PAYMENTS** |
| | ) | **AND NOTICE OF HEARING;** |
| DEBTORS | ) | |
| | | **HEARING DATE: 7/16/2010** |
| | | **HEARING TIME:  9:30 am** |
| | | **LOCATION: Court Rm. # 329** |
| | | **38 S. Scott Ave. Tucson, AZ 85701** |

**PLEASE READ THIS MOTION / NOTICE CAREFULLY**

**YOUR RIGHTS MAY BE ALTERED BY FAILING TO RESPOND**

Dianne C. Kerns, Trustee in the above-captioned estate, hereby moves the Court for an order dismissing the above-captioned case on the grounds that the Debtors are delinquent in one or more plan payments.  **The amount of the delinquency is: $8,007.16**.  THE TRUSTEE HEREBY GIVES NOTICE THAT A HEARING WILL BE HELD AT THE TIME AND PLACE NOTED ABOVE, UNLESS THE DEBTORS DO ONE OF THE FOLLOWING WITHIN THIRTY(30) DAYS OF THE MAILING OF THIS MOTION:

(a) **Make payment to the Trustee of the full amount stated as delinquent and all payments which subsequently come due.**   (1)

(b) File with the Court, and serve a copy on the Trustee, a notice of conversion to Chapter 7; or

(c) File with the Court, and serve a copy on the Trustee, a motion for moratorium of the delinquent plan payments.

**Please note that filing a motion to extend time to comply with the Trustee's Motion to Dismiss will not excuse attendance at the scheduled hearing (unless an order granting the motion for extension has been entered prior to the hearing).**

Dated:  May 25, 2010                                                        /s/  Dianne C. Kerns  011557
                                                                                          Dianne C. Kerns, Esq.
                                                                                          Chapter 13 Trustee

CASE NO.: 09-21990-PL-JMM

Copy of the foregoing was electronically filed with U.S. Bankruptcy Court this May 25, 2010
All parties will receive notice from the court including the following:

ROBERT W BRAND  
MARGARET A BRAND  
1245 W PINKLEY AVE  
COOLIDGE, AZ  85228

RAYMOND STEELE  
LAW OFFICE OF RAYMOND J STEELE  
501 W RAY RD  
STE 8  
CHANDLER, AZ  85225

Submitted By Betty Norton

---

**1** Payments should be mailed to Dianne C. Kerns, Trustee, P.O. Box 366, Memphis, TN  38101-0366.  Cashier's checks or money orders only.  To insure sufficient time for all timely payments to be posted, the Trustee will review this case 40 days after the mailing of this motion. THE ENTIRE DELINQUENCY MUST BE CURED. A partial payment will not suffice. Additional payments will become due in the time period allowed to cure the plan default; these  additional payments must be paid to fully cure your plan default.

   LRBP 2084-17 provides as follows:

   "If the court dismisses a case on motion of the case trustee, the court may grant a motion to reinstate the case without a hearing if the case trustee approves the proposed reinstatement order. If the case trustee does not approve the order, the debtor may set the matter for hearing. The court may set a hearing on the motion to reinstate on request of an interested party who had joined the case trustee's dismissal motion."

As a general matter, the Trustee will approve the proposed reinstatement order if the plan payments are current and there are no other impediments to confirmation.

CASE NO.: 09-21990-PL-JMM

| RECEIPT HISTORY | | | |
|---|---|---|---:|
| **RECEIPT DATE** | **RECEIPT SOURCE** | **RECEIPT DESCRIPTION** | **RECEIPT AMOUNT** |
| Oct 16, 2009 | 5420000442 | PAYMENT FROM CREDIT UNION | 855.00 |
| Oct 22, 2009 | 5420000455 | MONEY ORDER FROM DEBTOR | 1,000.00 |
| Oct 22, 2009 | 5420000456 | MONEY ORDER FROM DEBTOR | 801.28 |
| Nov 17, 2009 | 5150001712 | PAYMENT FROM CREDIT UNION | 1,000.00 |
| Nov 17, 2009 | 5150001713 | PAYMENT FROM CREDIT UNION | 790.74 |
| Dec 01, 2009 | 5150001784 | PAYMENT FROM CREDIT UNION | 855.00 |
| Jan 04, 2010 | 5420000630 | PAYMENT FROM CREDIT UNION | 855.00 |
| Jan 12, 2010 | 5150002158 | PAYMENT FROM CREDIT UNION | 791.00 |
| Jan 12, 2010 | 5150002157 | PAYMENT FROM CREDIT UNION | 1,000.00 |
| Jan 25, 2010 | 5150002250 | PAYMENT FROM CREDIT UNION | 855.00 |
| Feb 23, 2010 | 5150002493 | PAYMENT FROM CREDIT UNION | 1,000.00 |
| Feb 23, 2010 | 5150002495 | PAYMENT FROM CREDIT UNION | 790.74 |
| Mar 01, 2010 | 5150002513 | PAYMENT FROM CREDIT UNION | 855.00 |
| Mar 29, 2010 | 5640000619 | PAYMENT FROM CREDIT UNION | 855.00 |
| Apr 26, 2010 | 5150003060 | PAYMENT FROM CREDIT UNION | 855.00 |
| | | **TOTAL RECEIPTS** | **13,158.76** |